## Commonwealth ex rel. Lomax, Appellant, *v.* Rundle.

Submitted September 13, 1965. *Ronald Lomax*, appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.